No. 48407.—Protests 13075–K, etc., of E. C. Carter & Son (New York).

Opinion by TILSON, J. When this case was called for trial the record in Abstract 47349 was incorporated and some additional testimony was introduced, which testimony added nothing to the merits of the case. On the record it was found that two of the items, 35762 and 35853, were made on a bobbinet machine. The protest was sustained as to these two items and overruled in all other respects.